Prob 22 (Rev. 03/97)

# TRANSFER OF JURISDICTION

DOCKET NO. (Transferring Court)
0864-0:02CR00262-001(RHK)

DOCKET NO. (Receiving Court)

NAME AND LOCATION OF ✍
Refujio Kooky Muniz Jr
St Cloud, MN 56303

RECEIVED
AUG 11 2008
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

DISTRICT: MINNESOTA
DIVISION:

NAME OF SENTENCING JUDGE
Honorable Richard H. Kyle

| TYPE OF SUPERVISION | FROM | TO |
|---|---|---|
| SUPERVISED RELEASE | 10/24/2008 | 10/23/2011 |

OFFENSE
Firearms, Unlawful Possession

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA

IT IS HEREBY ORDERED pursuant to 18 U.S.C. §3605 the jurisdiction of the case named above be transferred with the records of this Court to the United States District Court for the Northern District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervision herein may be changed by the District Court to which this transfer is made without further inquiry of this Court.

8/12/08
Date

[signature]
Richard H. Kyle, Senior United States District Judge

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that jurisdiction of the above case be accepted and assumed by this Court from and after the entry of this order.

8/19/08
Effective Date

James F. Holderman
United States District Judge

08CR 666
JUDGE GOTTSCHALL
MAGISTRATE JUDGE COX

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK
By [signature]
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
DATE: 8-22-08

DOCKETED
AUG 22 2008

FILED
8-19-08
AUG 19 2008 CM
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SCANNED
AUG 27 2008
U.S. DISTRICT COURT ST. PAUL